UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

UNITED STATES OF AMERICA,

                      Plaintiff,

        v.                             **DECISION AND ORDER**
                                        17-CR-190-A

G. STEVEN PIGEON,

                      Defendant.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

The defendant, G. Steven Pigeon, appeals a May 1, 2018 Decision and Order of Magistrate Judge Michael J. Roemer that denied defendant Pigeon's request of the United States for disclosure pursuant to Fed. R. Crim. P. 16 of two particular search warrant applications and warrants. Dkt. No. 23. Appellate review of the Decision and Order is by a clearly erroneous or contrary to law standard of review. 28 U.S.C. § 636(b)(1)(A).

The Court heard oral argument of defendant Pigeon's appeal on May 31, 2018. The well-reasoned Decision and Order is neither clearly erroneous nor contrary to law. The defendant's appeal, Dkt. No. 24, is therefore denied.

     **IT IS SO ORDERED.**

                                *Richard J. Arcara*
                         HONORABLE RICHARD J. ARCARA
                         UNITED STATES DISTRICT COURT

Dated:  June 4, 2018