UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        *Plaintiff,*      **NOTICE OF MOTION**
v.                                                  **TO FILE UNDER SEAL**
                                                      Case No: 17-CR-00190-RJA-MJR

G. STEVEN PIGEON,

                        *Defendant.*

---

STATE OF NEW YORK    )
COUNTY OF ERIE         ) ss:
CITY OF BUFFALO      )

    JUSTIN D. GINTER, ESQ., being duly sworn, deposes and says:

    1.    I, along with Paul J. Cambria, Jr., represent the defendant G. Steven Pigeon.

    2.    Your deponent requests that the defendant's Notice of Motion to Adjourn the January 27, 2021 Status Conference be filed under seal because the information set forth therein deals with issues in the case that should not be made available to the public.

    WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:    Buffalo, New York           Respectfully submitted,
                January 26, 2021

                                          /s/Justin D. Ginter, Esq.
                                          JUSTIN D. GINTER, ESQ.

                                          LIPSITZ GREEN SCIME CAMBRIA LLP
                                          PAUL J. CAMBRIA, JR., ESQ.
                                          JUSTIN D. GINTER, ESQ.
                                          Attorneys for Defendant, G. STEVEN PIGEON
                                          42 Delaware Avenue, Suite 120
                                          Buffalo, New York 14202
                                            (716) 849-1333

Subscribed and sworn to before me this
26th day of January 2021.

/s/Kristina Drewery
Commissioner of Deeds,
Qualified in Erie County
My Commission Expires December 31, 2022

TO: PAUL E. BONANNO, ESQ.
ASSISTANT UNITED STATES ATTORNEY
Federal Centre
138 Delaware Avenue
Buffalo, New York 14202