UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                        **ORDER**
                                            Case No: 17-CR-00190-RJA-MJR

G. STEVEN PIGEON,

                Defendant.

        **UPON THE MOTION OF THE DEFENDANT**, requesting that Defendant's Notice of Motion to Adjourn Status Conference be filed under seal, it is

        **ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

        IT IS SO ORDERED.


                                                    HON. RICHARD J. ARCARA
                                                    UNITED STATES DISTRICT COURT


DATED: _____