IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    v.                                                  17-CR-190-A

G. STEVEN PIGEON,

                Defendant.

---

## GOVERNMENT'S NOTICE OF MOTION AND MOTION

The United States of America, by its undersigned attorneys, moves this Court for sentencing-related relief based upon the affidavit of Assistant United States Attorney Paul E. Bonanno, which is submitted separately and filed under seal.

DATED: Buffalo, New York, November 23, 2021.

| | |
|---|---|
| TRINI E. ROSS<br>United States Attorney | COREY AMUNDSON<br>Chief |
| BY: s/ PAUL E. BONANNO<br>Assistant United States Attorney<br>United States Attorney's Office<br>138 Delaware Avenue<br>Buffalo, New York 14202<br>716-843-5973<br>Paul.Bonanno@usdoj.gov | BY: s/ JOHN D. KELLER<br>Principal Deputy Chief<br>United States Department of Justice<br>Public Integrity Section<br>1400 New York Ave. NW, Ste. 12000<br>Washington, DC 20005<br>John.Keller@usdoj.gov |