UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE OF WITHDRAWAL OF NOTICE OF MOTION TO ADJOURN SENTENCING |
| | Case No. 17-CR-00190 |
| vs. | |
| G. STEVEN PIGEON, | |
| Defendant. | |

---

S I R S :

On May 3, 2022, Defendant G. Steven Pigeon inadvertently filed his Motion to Adjourn Sentencing, Dkt. No. 94. Defendant G. Steven Pigeon does intend to request an adjournment of sentencing, but at this time files this Notice to inform the Court that he is withdrawing his Motion to adjourn sentencing filed as Dkt. No. 94.

DATED:   Buffalo, New York
         May 3, 2022

Respectfully submitted,

s/ Justin D. Ginter
LIPSITZ GREEN SCIME CAMBRIA LLP
PAUL J. CAMBRIA, JR., ESQ.
JUSTIN D. GINTER, ESQ.
Attorneys for Defendant, G. STEVEN PIGEON
Office and Post Office Address
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3901
Phone:  (716) 849-1333
Fax:    (716) 855-1580
E-mail: pcambria@lglaw.com
        jginter@lglaw.com

TO:     PAUL E. BONANNO, ESQ.
           Assistant United States Attorney
           138 Delaware Ave.
           Buffalo, NY 14202