UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                        *Plaintiff*,

   v.

G. STEVEN PIGEON,

                        *Defendant.*

**NOTICE OF MOTION
TO FILE UNDER SEAL**
Case No: 17-CR-00190-RJA-MJR

---

STATE OF NEW YORK    )
COUNTY OF ERIE        ) ss:
CITY OF BUFFALO      )

JUSTIN D. GINTER, ESQ., being duly sworn, deposes and says:

1. I, along with Paul J. Cambria, Jr., represent the defendant G. Steven Pigeon.

2. Your deponent requests that the defendant's Notice of Motion to Adjourn Sentencing be filed under seal because the information set forth therein deals with issues in the case that should not be made available to the public.

WHEREFORE, your deponent prays that this Court rule accordingly.

DATED:    Buffalo, New York
                May 10, 2022

Respectfully submitted,

/s/Justin D. Ginter, Esq.
JUSTIN D. GINTER, ESQ.
LIPSITZ GREEN SCIME CAMBRIA LLP
PAUL J. CAMBRIA, JR., ESQ.
JUSTIN D. GINTER, ESQ.
Attorneys for Defendant,
G. STEVEN PIGEON
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
(716) 849-1333

Subscribed and sworn to before me this
10th day of May 2022.

/s/Kristina Drewery
Commissioner of Deeds,
Qualified in Erie County
My Commission Expires December 31, 2022

TO: PAUL E. BONANNO, ESQ.
      ASSISTANT UNITED STATES ATTORNEY
      Federal Centre
      138 Delaware Avenue
      Buffalo, New York 14202