UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.
                                               **ORDER**
                                      Case No: 17-CR-00190-RJA-MJR

G. STEVEN PIGEON,

                Defendant.

**UPON THE MOTION OF THE DEFENDANT**, requesting that the Defendant's Notice of Motion to Adjourn Sentencing be filed under seal, it is

**ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

IT IS SO ORDERED.

                                                    HON. RICHARD J. ARCARA
                                                    UNITED STATES DISTRICT COURT

DATED: _____