UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                            *Plaintiff,*                   Docket No: 17-cr-00190-RJA-MJR

    vs.

                                                   **STATEMENT WITH RESPECT TO SENTENCING FACTORS**

G. STEVEN PIGEON,

                            *Defendant.*
_____

JUSTIN D. GINTER, ESQ., being duly sworn, deposes and says:

I, along with Paul Cambria, Jr., Esq. represent the Defendant G. Steven Pigeon. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission. I have reviewed the Presentence Report ("PSR") and, spoke to Officer Blackman who has agreed to amend the PSR in accordance with defendant's suggestions.

Therefore, the defendant adopts the PSR and reserves the right to present any and all relevant mitigating evidence through its sentencing memorandum and at sentencing to advocate for a sentence that is sufficient, but not greater than necessary to achieve a fair and just resolution.

DATED:  July 6, 2022
             Buffalo, New York

                                                /s/Justin D. Ginter, Esq.
                                                JUSTIN D. GINTER, ESQ.
                                                LIPSITZ GREEN SCIME CAMBRIA LLP
                                                *Attorneys for G. Steven Pigeon*
                                                42 Delaware Avenue, Suite 120
                                               Buffalo, NY 14202
                                               Phone: (716) 849-1333
                                               Fax:    (716) 855-1580
                                               jginter@lglaw.com