UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

v.

G. STEVEN PIGEON,

                Defendant.

**ORDER**
Case No: 17-CR-00190-RJA-MJR

**UPON THE MOTION OF THE DEFENDANT**, requesting that the Defendant's Sentencing Memorandum and Letters in Aid of Sentencing be filed under seal, it is

**ORDERED**, that defendant's motion is granted and the Court will file said document under seal.

IT IS SO ORDERED.

HON. RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

DATED: _____