IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                     17-CR-00190-RJA

G. STEVEN PIGEON,

                Defendant.

---

### NOTICE OF MOTION AND MOTION TO FILE UNDER SEAL

PLEASE TAKE NOTICE that the United States of America, through the undersigned attorneys, hereby moves this Court for an Order sealing the Government's Sentencing Memorandum, submitted separately under seal, on the grounds that it references confidential matters, as set forth more fully in the Government's Sentencing Memorandum.

        DATED:       Buffalo, New York, July 20, 2022.

Respectfully submitted,

| | |
|---|---|
| COREY R. AMUNDSON | TRINI E. ROSS |
| Chief | United States Attorney |
| | |
| s/JOHN D. KELLER | s/PAUL E. BONANNO |
| Principal Deputy Chief | Assistant United States Attorney |
| United States Department of Justice | United States Attorney's Office |
| Public Integrity Section | Western District of New York |
| 1301 New York Ave. NW | 138 Delaware Avenue |
| Washington, DC 20005 | Buffalo, NY 14202 |
| John.Keller2@usdoj.gov | Paul.Bonanno@usdoj.gov |