# B. THOMAS GOLISANO

November 5, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY, 14202

Re: G. Steven Pigeon

Dear Judge Arcara:

I am the founder and current chair of Paychex, a leading payroll processing company with over 700,000 clients in the U.S. and Europe. I also head up the Golisano Foundation, one of the nation's largest private foundations devoted exclusively to individuals with intellectual and developmental disabilities.

I first met Steve in 1994. He is a highly intelligent, warm-hearted, and generous man. Over the years, he has often assisted me as I made decisions about my business and community involvement. Steve also devoted a tremendous amount of his time to help me write my two books to ensure that they accurately reflected my business, political, and philanthropic endeavors.

Steve continues to assist me in my charitable work and to seek out investment opportunities in young, progressive, social enterprise companies. I hope he will continue to be an integral part of my philanthropic work and my support of young businesspeople trying to make the world a better place for us all.

The significant effort he has put into making up for bad decisions he made in the past, has not gone unnoticed by myself and the people he has helped along the way. I am proud to call him my friend.

Respectfully,

*[signature: Tom Golisano]*

B. Thomas Golisano

**Laureen A. Oliver**
**109 Running Brook Lane**
**Rochester, NY 14626**
**585.503.4541**

November 30, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re:  G. Steven Pigeon

Dear Judge Arcara,

Please allow me to introduce myself. I have been a political colleague of Mr. Pigeon's many, many times over the last 28 years. I was the Co-Founder and State Chairwoman of the New York State Independence Party, as well as a candidate for Lt. Governor with Tom Golisano. Through-out our years together in politics Mr. Pigeon and I became exceptionally good friends.

Today I consider myself a close and long-time friend of Steve. We have shared numerous private calls and visits regarding his committed offensive. I have heard and seen the sadness and regrets that he feels over this offensive. Your Honor, Steve is a good man and has dedicated his whole life to serving.

I am writing hoping that you will show leniency in his sentencing and know he truly regrets what has happened. He is a friend too many and wonderful family-oriented man.

Thank you.


Respectfully,

*Laureen A. Oliver*

Laureen A. Oliver

November 4, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: G. Steven Pigeon

Dear Judge Arcara:

My name is Joe Mesi and I am writing this letter on behalf of my longtime friend, Steve Pigeon. I have known Steve for over 25 years in a relationship that started as a family friend and after my boxing career flourished into a close-knit personal friendship that has grown even stronger in recent years.

I hope through this letter to convey the Steve Pigeon that I know, as a man of strong character and as a loyal friend and servant to the public good. Steve has been by my side through many hard times. He is someone who is always willing to help even if it is just to lend an ear and give sound advice. Steve is amongst the few people in my personal circle who helped me navigate my post-boxing confusion. He truly helped me to find a strong purpose and something I am great at besides boxing. This is where I truly got to know Steve as the man I now know so well. His commitment to public service and the well good of our community is a core value that shines in Steve. It is inspiring to be around and guided me during a very uncertain time in my life.

We went through a time where our lives were on separate paths and our relationship was more distant, as happens in many friendships. One phone call during a time of need and Steve was unquestionably and unequivocally by my side.

I write this letter as a friend to Steve Pigeon and hopefully as a person one would consider an upstanding man of integrity in this community. I ask you to please consider my words of honesty and praise as you move forward with any decisions regarding Steve's future. He is someone who has always "fought" for me and I will always be in his corner "fighting" for him too.

Respectfully,

"Baby Joe" Mesi
Former Undefeated Heavyweight Contender

November 4, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: G. Steven Pigeon

Dear Judge Arcara:

My name is Michelle Mesi and I have known the defendant G. Steven Pigeon for 15 years. When I met Mr. Pigeon I was working for the City of Buffalo in the Comptroller's Office. Our personal relationship stemmed as a result of my then fiancé and now husband Joe Mesi forging a strong connection with Mr. Pigeon. At first, I was along for the ride. As time progressed our relationship began its own course. I am proud to consider Mr. Pigeon a friend.

This letter is hoping to serve as a testament to Mr. Pigeon's character, which I find pristine. I have had countless hours of conversation and friendly debate with Mr. Pigeon. I leave most of our conversations in awe of his strong values and commitment to serving others and his beliefs in our democracy. He is always looking through the lens of kindness and empathy, most especially for those less fortunate or mistreated. He is one of the smartest and most kind people I know. Mr. Pigeon has given me guidance and shown strong loyal friendship in my most unfortunate times in my business. This is always with no benefit to him and only to help out a friend in need.

I send this letter with hope that a lifetime of strong character and a loyal commitment to helping others in need for no gain is considered a factor when taking any next steps in deciding Mr. Pigeon's future.

Thank you for taking the time to read this letter and hopefully taking an alternative opinion into consideration when deciding Mr. Pigeons fate.

Respectfully,

*Michelle M. Mesi*

Michelle M. Mesi

1650 LOVE ROAD
GRAND ISLAND
NEW YORK 14072-2399



## Bible Presbyterian Church

*"For the Word of God and the testimony of Jesus Christ"*

Telephone 716-773-7303
Fax 716-775-3405
FLC 716-774-1277

November 15, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo NY 14202

Re: G. Steven Pigeon

Dear Judge Arcara:

I serve as the pastor of the Bible Presbyterian Church of Grand Island and as a professor of counseling at our seminary.

I have known G. Steve Pigeon for approximately 12 years in connection with his political activities. While we have infrequently been on the same side politically, we have become friends. In that capacity we have had occasion to discuss this particular case. Steve has been forthcoming and direct. During those conversations he has left me with no question in my mind to his remorse.

Respectfully,

Rev. Kevin M. Backus, Ph.D.



November 11, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York  14202


Re: G. Steven Pigeon


Dear Judge Arcara,

As a Christian minister, the president of Mariner Group, and founder of Save Ukraine Now, I am writing to you on behalf of Mr. G. Steven Pigeon, who is scheduled for sentencing in your court on December 14th of this year.

It has been my privilege to know and work with Mr. Pigeon for seventeen years. I have known him in my official position as a clergyman, as a colleague on a number of business and political projects, and as a Board member for Save Ukraine Now. I know Mr. Pigeon to be a person of earnest and sincere character, to be generous with his time and contacts, and to be utterly committed to the cause of human freedom.

When surrogates of the Russian Federation invaded Ukraine in 2015, I reached out to Mr. Pigeon to solicit his support and participation in the formation of Save Ukraine Now, a non-profit organization founded to provide humanitarian relief to persons displaced by the conflict in Eastern Ukraine and to advocate for the Ukrainian people with leaders and influencers in the United States, including our government. Mr. Pigeon worked tirelessly on this project, enlisting General Wesley K. Clark (ret.) to serve as Board Chair and himself also serving on the Board. He assisted us in organizing significant events in Detroit, Chicago and Washington, D.C. For these efforts, Mr. Pigeon received no salary.

Kellner / Page Two

As a clergyman, I can say that the path Mr. Pigeon has walked that led to his conviction has been the catalyst for deep reflection, reassessment and re-ordering of priorities. He and I have had numerous conversations over the last several years and I am confident as to the depth and authenticity of his remorse. As a clergyman, I see little to be gained by incarceration.

Thank you for giving consideration to this letter.

Respectfully,

Gary A. Kellner
President

November 11, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: G. Steven Pigeon

Dear Judge Arcara,

I am an attorney and I am retired from the New York State Court System, where I was a confidential law clerk. I currently perform remote contract work for a firm in Philadelphia. I am a law school classmate of Steve Pigeon, and we have been friends since that time. I see Steve when I am visiting Buffalo, when we are both in Florida, and he recently was a guest at my home here in Alabama. I have discussed with Steve the fact that he is remorseful for the events that occurred. I am also confident that going forward he wishes to be a better role model to his nieces and nephews.

Respectfully yours,

Mary Jo Evans
Mary Jo Evans
610 Prestwick Drive
Dothan, Alabama 36305
716-864-9866

November 11, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

Re: G. Steven Pigeon

Dear Judge Arcara,

I am currently a Chief Medical Officer for a hospital system in southeastern Alabama. I served previously as a Senior Vice-President of Kaleida Health there in Buffalo. I met Steve Pigeon when he was in law school with my wife. He was also my patient for many years when I had a primary care practice in Amherst. I see Steve when I am in Buffalo, and he also has been a guest at my home here in Alabama. I am personally aware that Steve has a great deal of remorse for the offense that has occurred. I am confident that in the future he intends to be a better example to his family, and to be a law-abiding contributing member of his community.

Kind regards,

George M. Narby, MD
610 Prestwick Drive
Dothan, Alabama 36305
716-796-9189
334-479-0907



**Rochester Broadway Theatre League**

November 5, 2021

Honorable Richard J. Arcara
United States District Court
Western District of NY
2 Niagara Square
Buffalo, NY 14201

Your Honor;

My name is Arnold H. Rothschild, I am the Board Chair and CEO of the Rochester Broadway Theatre League a 501©3 presenting and theatre owning entity in Rochester, New York. Our operating company is very similar to Shea's in Buffalo, presenting Broadway and other forms of entertainment. I also work as a political consultant and strategist specializing in the election of a great many Judicial candidates in the 7th Judicial District.

Twelve years ago, I met G. Steven Pigeon when RBTL was working towards building a new Performing Arts Center here in Rochester. While I had known of him from political circles, I was surprised to meet him as both a competent businessperson and advisor to a huge mall development operating company that was exploring aligning with our new theatre. Very quickly I began to admire his mind, analytical ability, and thought process that far transcended politics! One of the gifts I have experienced in working so closely with so many Judges is an understanding of the discretion designed into our court system when it comes to sentencing. In the case of Mr. Pigeon, please allow me to share some thoughts for your consideration.

This is a man with so much to give to society and a profound sense of "giving back" to his community, that I hope that in the process of your review, his ability to do so much to help our communities grow and prosper is taken into consideration. I know personally, that on countless occasions, he has helped me see and understand the nuances of how to do a deal with government as an ally. I am deeply appreciative of that and hope and pray that in your deliberations, he be allowed to continue to do what he does very well…make a difference for our communities!

Arnold H. Rothschild
Board Chair and CEO
Rochester Broadway Theatre League
CEO Growth Marketing Group of NY, LLC (political consulting practice)

November 5, 2021

Sandra Giese Rosenswie
47 Harlem Road
West Seneca, New York
14224

Honorable Richard J. Arcara
District Court Judge

I have known G. Steven Pigeon since he was 18 years old, so, my writing about his character comes from a position of long standing and absolute knowledge of who he is and his character. I have spent many years in politics and have worked on countless projects with him.

The best way for me to describe Steve is to say that he is a great practitioner of what I call "the art of politics." As many of us know, there are always people in the business that are looking for some form of quid pro quo for anything they do. G. Steven Pigeon is an exception in that he never, ever, asks for anything in return for a favor requested, he simply tries to help!

We all know that when you are a high-profile player in the political arena, some people are always there to criticize who you are and attack your character. That is why my firsthand knowledge of Steve is important. In all the years that I have known him the word in my mind that most describes him is respect!

Judges make important decisions in cases like this. I hope that in this case you decide to allow him to put this difficult period in his life behind him. He is a good and honorable man.

Respectfully,

*Sandra Giese Rosenswie*
Sandra "Sandy" Giese Rosenswie



LAW OFFICES OF
**JOHN P. BARTOLOMEI**
**&**
**ASSOCIATES**
ATTORNEYS AT LAW

November 4, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY 14202

    Re:    G. Steven Pigeon

Dear Judge Arcara:

    I am an attorney and I have been practicing law in Western New York for more than 50 years and I have maintained law offices in Niagara Falls and/or Buffalo and/or Lewiston since 1970. I have lived in Niagara Falls my entire life.

    I have known Steven Pigeon for more than 25 years. He has been an acquaintance and then a friend and associate. I know Steve to be a good man with a good heart and an eagerness to help everyone without taking any credit or getting anything in return. Steve had supported his widowed mother until her death, without reservation, hesitation or limitation. I know he has been a source of support and service to all of his relatives and friends. I am honored and proud to call Steve my friend. All who really know Steve would say the same.

    I understand that Steve is to be sentenced soon for crimes to which he has admitted and owned up to. This correspondence is to seek the upmost leniency from you in your sentencing of Steve Pigeon. In asking for this leniency, I want to point out the "punishment" that he has already suffered by reason being charged with and pleading guilty to the crimes with which he was charged.

    First and foremost, Steve has been alienated from local, state and national politics. To understand the extent of this punishment, some of Steve's history is necessary:

    At an early age (I believe six or seven years old) Steve became involved in politics in Missouri. His Uncle was a politician and Steve became involved in his Uncle's campaigns. He was 10 or 11 years old when his family moved to Buffalo and, at that age, he walked into Democratic's headquarters and said he wanted to work in politics, and they put him to work.

Politics was and is his passion. Despite his involvement in national and state campaigns at the highest level, he always stayed involved locally as well. To say politics was his life would be appropriate.

In the years that I have known Steve, he has introduced me to many, many people, including two U.S. Presidents, many U.S. Senators and Representatives, Governors of States and Mayors of cities across the country, New York State senators and assemblypersons and many high-ranking politicians from both sides of the aisle. Steven's relationships with these personages were always apparently deep relationships. I observed many times high-ranking public officials go out of their way to shake hands with Steve and say hello. To say his life's work was politics would be a valid statement. It's what woke him in the morning and what helped him keep going.

Then, upon his indictment in June 2016 and his plea of guilty in September 2018, Steve was immediately removed from his entire world. He withdrew inward. He neither called, nor contacted, any current or former political official or political friend for fear that he would "contaminate them" and because he no longer felt worthy of their friendship or political alliance. In fact, he was a complete outsider to his own world. This was and is a punishment for Steve that was and is immense. The personal guilt and shame has been extremely difficult for him to bear, but he has borne it.

Financially, Steve was completely ruined. His income from consulting, lobbying and practicing law dropped to zero. In fact, he has lost his license to practice law. He has been unable to even provide for his own basic needs. He has humbly relied on the help of the few friends who have stuck by him.

One of these friends is Tom Golisano. Steve handled his campaign as Republican Candidate Governor of New York. Steve also has been an influence for any number of Mr. Golisano's business and charitable decisions which have helped the Buffalo community and State of New York. One of those decisions was for Mr. Golisano to rescue the Buffalo Sabres hockey team and another was the $10 Million B. Thomas Golisano Center for Integrated Sciences at Niagara University. Yet, Steve took no credit for these things. It shows the character of this man. Another of Mr. Golisano's charitable contributions, which Steve brought about, was as the founding sponsor of the Clinton Global Initiative ("CGI") where Presidents and other officials and representatives of Foreign Countries and global charitable organizations were brought together in New York City annually to deal with global issues. Through CGI, Steve was about to establish a business of consulting for foreign economic interests. When he was indicted, his travel restrictions prohibited him from continuing in this pursuit, further preventing him from earning revenue.

Since Steve's indictment in June 2016 and his guilty plea in September 2018, for more than five years now, Steve has been subject to stringent bail restrictions imposed by both New York State and Federal authorities. Under these conditions, being as stringent as any probation conditions could be, Steve has shown himself to be a responsible citizen and has cooperated with State and Federal authorities in any inquiries which they have made of him.

Honorable Richard J. Arcara
November 4, 2021
Page 3

    I believe the basic purposes of sentencing are to protect society from the offender and/or to punish the wrongdoer and/or to act as a deterrent to the defendant ever repeating the crime and or to deter the public from committing a similar crime.

    Steve presents no threat to society so that society need not be protected from Steve. Steve has been punished, beyond comprehension, psychologically, financially and by restriction of his freedom by his bail conditions for more than 5 years. Clearly, there is no possibility of Steve committing another crime. He has taken responsibility for his actions through his plea of guilty. He has cooperated in every way with the authorities and he has shown remorse, humiliation and has been humbled and impoverished by his own acts. As for deterring others from committing these crimes, everything that has happened to Steve, because of his admitted criminal activity, has been in the public eye over and over and over again, and each time it is reported, it is emphasized that he has lost his license to practice law and that he is unable to travel and has severe restrictions on his freedom from his bail release. I believe that he has already endured great punishment for his admitted crimes and that is why I ask you to show extreme leniency in his sentencing.

    Thank you for considering this correspondence when sentencing G. Steven Pigeon.

Yours truly,

John P. Bartolomei, Esq.

# MARTIN E. SENECA, JR.
**12130 Brant Reservation Road**
**Irving, New York 14081**
**(716) 560-2931**

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, New York 14202

                        Re:  G. Steven Pigeon

Dear Judge Arcara:

I am the former General Counsel for the Seneca Nation of Indians, graduated Harvard Law School 1971, Whitehouse Fellowship 1971-72, member of the Bar of the District of Columbia since 1973, Associate professor of law University of Utah College of Law 1972-74, Senior positions in the Department of the Interior – Bureau of Indian Affairs 1974-76, Assistant General Counsel Department of Energy1977-78. Private practice of federal Indian law, District of Columbia 1979-2004. Presently residing on the Cattaraugus Reservation of the Seneca Nation and practicing in the Courts of the Seneca Nation. I am 80 years old.

I have been around for a long time and have learned stuff and as a result of my experience I have become a good judge of character. I have known Steve Pigeon professionally for 20 years and also have a personal relationship with him. I have discussed his legal problem and his guilty plea with him. He has expressed his remorse for his wrongdoing and has learned a valuable lesson regarding his illegal conduct. As a result of his guilty plea, he has loss his license to practice law, is shunned by many of his former acquaintances and is struggling to rebuild his professional and personal life.

My professional experience with Steve has been without reproach and my personal experience with Steve has been cordial and respectful. He is a good man that made an error in judgment and has fully realized his wrongdoing and is committed to moving forward in his professional and private life in compliance with the law.

It is my hope that you will view Steve Pigeon's life as worthy of your careful consideration in sentencing for the illegal acts to which he is guilty. I have much respect for the law and for those that sit in judgment of those that violate the law and urge the Court to look at Steve Pigeon as a good man that made an error in judgment.

Respectfully,

*/s/ Martin E. Seneca, Jr.*
Martin E. Seneca, Jr.

FROM THE DESK OF

# MIKE WICKS

October 28, 2021

Honorable Richard J. Arcara
United States District Court
Western District of New York
2 Niagara Square
Buffalo, NY, 14202

Re: G. Steven Pigeon

Dear Judge Arcara

I am a professional ghostwriter. I work with successful business people to assist them in writing business books and business memoirs. My clients are usually high-wealth individuals. One such author is Tom Golisano, the founder of Paychex.

I first met Gerald Pigeon in December 2017 when he interviewed me about writing Mr. Golisano's book *Built Not Born*—a book focused on helping young entrepreneurs build more impactful businesses. From January 2018 through to the end of 2020, I wrote two books with Mr. Golisano (the second being his autobiography), staying with him for extended periods in Rochester, New York, and Naples, Florida. Mr. Pigeon attended every working session, so I got to know him well. His unique insights and tireless commitment helped me pull together the material for both books. It was evident that Mr. Golisano trusted him implicitly, valued his input, and respected his advice.

During my professional relationship with Mr. Pigeon, I found him trustworthy, dedicated and devoted to ensuring Mr. Golisano's books were accurate and truthful. I could not have written either book without his help; his support was invaluable. He has a brilliant mind, and I thoroughly enjoyed working with him. Since then, we have kept in touch, and I am pleased to say that he is working hard to make amends for any bad decisions he's made and continues to work in areas that can help people.

Respectfully,

*[signature]*

Mike Wicks