AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

United States of America )
Plaintiff )
v. ) Case No. 1:17 CR 00190-001
G. Steven Pigeon )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

G. Steven Pigeon

Date: 4/14/2023

*Attorney's signature*

Jamie L. Nobles, NY Bar: 4165122
*Printed name and bar number*

1507 Monroe Ave.
Rochester, NY 14618
*Address*

james@noblesdefense.com
*E-mail address*

(585) 546-1260
*Telephone number*

(585) 967-9214
*FAX number*